# EMPLOYMENT AGREEMENT

1. **EMPLOYMENT CONTRACT AGREEMENT BETWEEN THE COMPLAINANT "MURAD A. QAYYUM AND UNITED STATES DEPARTMENT OF STATE – OVERSEAS BUILDING OPERATION VIA THE EMPLOYER SRC "SCIENTIFIC RESEARCH CORPORATION.**

2. **COPIES OF EARNING STATEMENT RECORD – DOCUMENTED EVIDENCES REFERENCE AS REFERENCE.**

Exhibit "B"

Pages: "7" including this page.

9.4.17

Case No. DOS-090025-17
Page 3 of 5

1101 Remount Rd
Suite 500
North Charleston, SC 29406

Tel: 843.747.8766
HR Fax: 843.308.2452

February 6, 2017

Dear Murad,

This letter is to confirm that your employment with Scientific Research Corporation (SRC) was terminated effective September 30, 2016. Your last day of work was on September 15, 2016.

Your employment with SRC was terminated upon completion of one year on assignment and based on program requested release pursuant to the Terms of Assignment of your accepted Offer of Employment Letter.

Let me know if you have any further questions concerning this letter.

Sincerely,

Haley Posey, PHR, SHRM-CP
Sr. Human Resources Generalist
Scientific Research Corporation

★ Refer to the Terms of Assignment of accepted Offer of Employment letter.

★ I can not identify any clause that indicates, "completion of one year assignment," in the attached Offer of Employment Letter."

M.E.

5-8-17



Integrated Systems & Solutions
1101 Remount Road, Suite 500
Charleston, SC 29406
Tel: 843-747-8766
Fax: 843-308-1452

April 6, 2016

To Whom It May Concern:

Murad Qayyum is a Planning & Control Analyst, for Scientific Research Corporation, based in Karachi, Pakistan supporting the United States Department of State. His assignment started September 15, 2015 and he will be at this location until March 14, 2017.

If further information is required, please contact me at 843-308-2534.

Sincerely,

[signature]

Haley Posey, SHRM-CP, PHR
Sr. Human Resources Generalist
Scientific Research Corporation
Office: 843.308.2534
HR Confidential Fax: 843.308.2452
hposey@scires.com
www.scires.com

→ This letter confirms the duration of assignment and superseeds with attached e-mails. The assignment was for 18- Months.

[signature] 3-30-17



Case No. 1-3 filed 09/25/17
page 30 of 44

2300 Windy Ridge Parkway
Suite 400 South
Atlanta, GA 30339-8431

Tel: 770.859.9161
Fax: 843.740.3337

Murad A. Qayyum
68 Longfield Drive
Hillsborough, NJ 08844
VIA muradq@yahoo.com

Dear Murad:

I am pleased to offer you the position of Planning & Control Analyst with Scientific Research Corporation (SRC). This offer is made subject to the terms and conditions specified in this letter. This position is a regular, full-time position and is considered an exempt position for purposes of federal wage and hour law. This offer letter supersedes any and all prior discussions and agreements, if any, between you and any representative of SRC.

Reporting and Duties: You will work primarily at the U.S. Government site in Karachi, Pakistan Periodic travel will be required of this position. You will report directly to Stacey Price, Program Manager, in our Charleston, SC office. Your responsibilities will include, but may not be limited to, the following:

- Construction project management.
- Construction related Civil Engineering expertise, including project management, scheduling, inspection, problem analysis, resolution and control.
- Must be able to work and communicate effectively with embassy personnel.
- Provide civil engineering subject matter expertise and project management support in construction of temporary office buildings in Karachi, Pakistan.
- Support the on-site US State Department, Project Director in managing work performed by prime contractor
- Duration of assignment is 18 months. Follow-on assignments to embassies worldwide for periods of three months to three years.

Date of Employment: If you accept this offer, we currently anticipate that your date of employment will be September 1, 2015. However, in any event, your date of employment will be the actual date on which you first report to work at SRC.

Compensation: In this position, your initial annual base salary will be $100,008.00 which is equivalent to $4,167.00, payable on semi-monthly payroll basis. You will be eligible for annual performance reviews, which may lead to increases in your annual base salary.

Terms of Assignment: The engineering position for the assignment at the United States Embassy in **Karachi, Pakistan** will be subject to the direction and control of the Chief of Mission and his designee(s) by virtue of the hiring authority vested through the United States Department of State Bureau of Overseas Buildings Operations. The Chief of Mission will have complete discretion regarding employment activities during the term of deployment to include removal from post if it is determined to be in the best interest of the United States Government. The duration of this assignment will be eighteen months. The United States Department of State reserves the right to extend the initial deployment term.

The following terms and conditions will apply to the assignment:

3-30-17

- **Mission Destination Deployment Package:** Deployment to post will require completion of a destination deployment package which may include medical and FACT training.
- **Medical Expenses:** Deployment to post will require medical clearance. A $200.00 maximum reimbursement will be provided for any required medical costs associated with post deployment.
- **Medical Insurance:** Medical insurance during deployment is required. Scientific Research Corporation offers a comprehensive global medical, dental and vision plan. Proof of medical coverage is required.
- **Passport and Visa:** Deployment to post will require a valid passport and visa. The costs associated with obtaining a visa will be reimbursed.
- **Travel to Post:** One round trip coach class ticket will be allowed. Travel arrangements will be provided by Scientific Research Corporation.
- **Excess Baggage:** Total assignment reimbursement up to a maximum of $500.00 will be allowed for airline baggage fees. Tips will not be reimbursed.
- **Unaccompanied Baggage (UAB) Shipment:** Total assignment reimbursement up to a maximum of $1,000.00 for the UAB shipment. Scientific Research Corporation will determine shipping arrangements. Household goods will not be shipped.
- **Living Quarters Allowance:** A Living Quarters Allowance up to a maximum of $4,000.00 per month will be allowed. Quarterly reconciliation of allowance to actual expenses will be required. A rent advance will be provided upon request to minimize out of pocket expenses.
- **Post Hardship Differential:** A Post Hardship Differential per the United States Department of State Standardized Regulations (DSSR) will be allowed. The rate for the deployment location is 30%. The allowance is determined per the DSSR rate as a percentage of base salary. Base salary does not include overtime earnings.
- **Danger Pay:** A Danger Pay per the United States Department of State Standardized Regulations (DSSR) will be allowed. The rate for the deployment location is 35%. The allowance is determined per the DSSR rate as a percentage of base salary. Base salary does not include overtime earnings.
- **Rest and Recuperation Leave (R&R):** Three R&R trips will be provided for this 18 month assignment. R&R must be approved in advance by the Project Director at post. The maximum airfare reimbursement is based on the round trip airfare to London. Airlines will be determined by Scientific Research Corporation. Time off during the R&R will be charged to vacation leave, sick leave, or leave without pay.
- **Standard Work Week:** The standard work week is 50 hours per week. Consultation or business relationships with the site general contractor are not permitted while employed by Scientific Research Corporation. Consultation and business relationships with the site general contractor will be considered a conflict of interest and will result in disciplinary action up to and including removal from post and termination of employment.
- If employment is terminated voluntarily or Scientific Research Corporation terminates employment for violation of Company policies before completion of the assignment term, the employee will be responsible for reimbursing Scientific Research Corporation for the following expenses: airline flight to and from post, reimbursed medical expenses, reimbursed passport and visa fees, reimbursed baggage fees and shipping costs. Any costs associated with lease breakage will be the sole responsibility of the employee and will not be reimbursed by Scientific Research Corporation.

→ [★ END OF TERMS OF ASSIGNMENT. I DO NOT identify any condition for one year probation] [signature] 3-30-17

Employee Benefits: You will be eligible to elect to participate in the various employee benefit plans offered to all full-time SRC employees. These include major medical, dental, vision, life insurance and disability benefits, which (if elected) become effective the first day of the month following your date of employment. Also, you will be eligible to participate in the Scientific Research Corporation 401(k) Profit Sharing Plan immediately upon your date of employment.

Vacation and Sick Leave: You will be eligible to accrue a total of 10 paid vacation days per year, which will accrue at a rate of 3.34 hours per semi-monthly payroll period. Also, you will be eligible to accrue a total of 5 sick days per year, which will accrue at a rate of 1.67 hours per semi-monthly payroll period.

GINA Notice: The Genetic Information Non-Discrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Requirements for Employment: This contingent offer of employment is ***contingent*** upon your meeting the following requirements once the contract has been awarded. If you fail to meet any of the following requirements, this offer will be nullified.

1. Form I-9. As a federal contractor, we are required to electronically verify your employment eligibility with the Department of Homeland Security. You must complete Section 1 of Form I-9 and present original documents of identification on your first day of work. Upon acceptance of this offer of employment, you will be directed to our New Hire Center, where you will be able to print a copy of Form I-9. In order for SRC to meet our requirements, we must receive your properly completed Form I-9 no later than your first day of work (*i.e.*, your date of employment).

2. Drug Screen and Background Investigation. You must participate in and receive a satisfactory completion of a pre-employment drug screen and background investigation. Any positive result on the drug screen or an adverse report on the background investigation will nullify this offer of employment. If that should occur, you will be promptly notified of your rights regarding the drug screen and background investigation results. Pre-employment drug screens and background checks are required for all U.S. Government contractors and the Pre-employment Drug Testing and Background Check Disclosure Consent Forms are included with your offer letter.

3. Execution of SRC's Business Protection Agreement. All new hires of SRC are required to execute a Business Protection Agreement with SRC upon employment. The BPA is to protect SRC's confidential and proprietary information. A copy of the BPA is enclosed for your review.

4. Security Clearance. This position requires a U.S. Government Security Clearance at the **TOP SECRET** level, and you must be eligible for award of such a clearance. As part of the clearance process, you will be required to provide your original birth certificate (or a certified copy) or your U.S. passport as proof of U.S. citizenship. A member of the SRC Security team will contact you following acceptance of our offer of employment. Following SRC's receipt of award, your employment with SRC will commence within 30 days of being granted your security clearance.

3-30-17

Contacts: Your SRC Human Resources contact person will be Stacy Taylor, HR Generalist, and she will be reaching out to introduce herself via email upon acceptance. Stacy's direct telephone number is 843-740-3379 and email address is staylor@scires.com.

Restrictions from Prior Employment: To the extent that you are subject to any agreement with a prior employer that contains work restrictions (such as non-compete, non-solicitation of customers, non-solicitation of employees and nondisclosure of information provisions), you are personally responsible for your compliance with that agreement. SRC does not intend or desire for you to violate that agreement in the context of your employment with SRC. If you are given any work instruction or direction by SRC that would cause you to violate your agreement with a prior employer, you should immediately disclose the matter to your Manager.

New Hire Information and Orientation: Once you have communicated your acceptance of this offer, you will be sent an email from SRC Human Resources with information regarding your New Hire Orientation and directing you to our New Hire Center, which includes a more detailed description of the Company's policies and procedures that will govern certain aspects of your employment. It will also contain greater detail of the Company's employee benefit plans. ***Please be sure to review the information and sign and return all required New Hire paperwork on or before your first day of employment.*** Orientation can be accessed on your **first day** of employment through our E-Learning Center after you receive your SRC Login information from your manager.

→ SRC is an At-Will Employer: This contingent offer of employment does not constitute a contract of employment and nothing herein is intended to imply any period of guaranteed employment. All employment with SRC is on an at-will basis.

☆ This is a general statement. DOS/OBO and SRC violated the LAWS.

Expiration of Offer: To accept this contingent offer, please sign the Acceptance statement at the end of this letter and return it to your SRC Recruiter. This offer of employment, if not accepted by you or withdrawn sooner by SRC, will expire seven (7) days from the date of this letter. To request additional time for consideration, please contact your SRC Recruiter prior to the end of the seven-day period.

We greatly look forward to having you join SRC and become a member of our team. We feel that you have a unique opportunity for contributing to the development of an excellent and innovative research corporation here at SRC.

Sincerely,

[signature]

for Gary Durante
Vice President

**ACCEPTANCE OF EMPLOYMENT OFFER:**

***I have read and understand the terms and conditions of employment and the job responsibilities for the position which I am being offered employment with SRC. I hereby accept employment with Scientific Research Corporation as described herein.***

[signature] June 22, 2015

**Signature** **Date**

[signature] 3-30-17