**UNITED STATES DEPARTMENT OF STATE - OFFICE OF INSPECTOR GENERAL**

# DOS / OIG - COMMUNICATION

1. The DOS/OIG contacted the complainant in Karachi Pakistan and scheduled the meeting with the complainant.
   The DOS/OIG inspector visited in DOS/OBO field office in US Consulate General in Karachi Pakistan. The complainant witnessed her arrival in the OBO field office; however, she ignored the meeting with the complainant and left the office.
   This was the perfect opportunity to investigate the complain because the accused party and all witnessed were available in the OBO field office.
   What were the reasons, why the DOS/OIG inspector was reluctant and failed to perform her official duties?
   **Refer to the attached documented communication record.**

2. DOS/OIG proceeded with the investigation in early 2017. The complainant inquired the status of the investigation report. DOS/OIG responded that the issue is still under investigation.
   **Refer to the attached documented communication record.**

3. **The DOS/OBO onsite project director and construction manager was involved in socializing, bribing & kickbacks with the General Contractor Epik International.**
   **Both PD & CM abused & exceeded from their authority and failed to prevent the waste of US Tax Dollars.**

   **The complainant highlighted the issues and he was determined to report this to DOS/OIG. The PD & CM RETALIATED and the complainant's employment agreement were terminated.**

Exhibit "C"
Pages "11" including this page

09.4.17


# Gmail

Murad Qayyum <muradqq@gmail.com>

---

## RE: <EXT>Re: Teleconference
7 messages

---

**Jeffrey Mcdermott** <Jeffrey.D.Mcdermott@stateoig.gov>      Mon, Aug 7, 2017 at 8:08 AM
To: Murad Qayyum <muradqq@gmail.com>
Cc: Thomas McDonald <Thomas.McDonald@stateoig.gov>

Great, thanks. How about 1 pm tomorrow, 8/8? At what number should we call you?

**From:** Murad Qayyum [mailto:muradqq@gmail.com]
**Sent:** Friday, August 4, 2017 5:04 PM
**To:** Jeffrey Mcdermott <Jeffrey.D.Mcdermott@stateoig.gov>
**Cc:** Thomas McDonald <Thomas.McDonald@stateoig.gov>
**Subject:** <EXT>Re: Teleconference

Hi Jeff,

I will be available after 1:00 pm every day. Please confirm the date and time and I will make myself available for the teleconference.

Thanks for contacting.

Murad

On Fri, Aug 4, 2017 at 12:01 PM, Jeffrey Mcdermott <Jeffrey.D.Mcdermott@stateoig.gov> wrote:

> Dear Mr. Qayyum,
>
> Do you have some time next week when we could set up a teleconference to interview you regarding your complaint? This is the first step in the investigative process. Please let us know a few dates/times that would work for you. I expect it would last under an hour.
>
> Also, we will likely need some additional time to do a full investigation. Are you willing to grant us an extension so that we may fully investigate your case?

RE: <EXT>Re: Teleconference - muradqq@gmail.com - Gmail
Case 3:17-cv-00780-FLW-LHG   Document 1-4   Filed 09/05/17   Page 3 of 11 PageID: 24
8/31/17, 11:14 AM

label:eeo

## Gmail

Remove label

COMPOSE

Inbox
Starred
Important
Sent Mail
Drafts
Categories

Divorce
EEO
Employment
Geico
Medical
Murad
Notes
More

### RE: <EXT>Re: Teleconference    EEO  x

**Jeffrey Mcdermott**
Great, thanks. How about 1 pm tomorrow, 8/8? At what number should we call yo

===== 4 older messages =====

**Murad Qayyum**
Hi Jeff, I am inquiring if you have completed your investigation in this case...

**Jeffrey Mcdermott**
to me

Hi Mr. Qayyum,

We are still working on it.  We just received the documents pertaining to you

Thanks,

Jeff

From: Murad Qayyum [mailto:muradqq@gmail.com]
Sent: Sunday, August 27, 2017 10:29 AM
To: Jeffrey Mcdermott <Jeffrey.D.Mcdermott@stateoig.gov>

Click here to Reply or Forward

0.29 GB (1%) of 15 GB used
Manage

Terms - Privacy

 **Gmail**    Murad Qayyum <muradqq@gmail.com>

# RE: <EXT>Re: Test
2 messages

**Salvador Briseno** <Salvador.Briseno@stateoig.gov>    Wed, Aug 2, 2017 at 1:51 PM
To: Murad Qayyum <muradqq@gmail.com>

Info received.

Thank you!

**From:** Murad Qayyum [mailto:muradqq@gmail.com]
**Sent:** Wednesday, August 2, 2017 10:38 AM
**To:** Salvador Briseno <Salvador.Briseno@stateoig.gov>
**Subject:** <EXT>Re: Test

Sal,

Please confirm with me if you have received the requested information.

Thanks!

Murad

On Tue, Aug 1, 2017 at 9:26 PM, Murad Qayyum <muradqq@gmail.com> wrote:

> Sal,
>
> Here are some info for your reference.
>
> **Nisar Alvi**

ALVI1504@msn.com

He lives in Deerfield Illinois

**Jim Benson**

BensonJP1@state.gov

Thanks!

Murad

On Tue, Aug 1, 2017 at 6:36 PM, Salvador Briseno <Salvador.Briseno@stateoig.gov> wrote:

> Test

---

**Murad Qayyum** <muradqq@gmail.com>  
To: Salvador Briseno <Salvador.Briseno@stateoig.gov>

Sun, Aug 27, 2017 at 10:31 AM

Hi Sal,

I am inquiring if you have completed your investigation in this case OR advise me about its current status. Please forward me copy of your investigation report. I shall appreciate your help and cooperation.

Thanks!

Murad

908-392-6936

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ui=2&ik=73b8c0b24f&jsver=EfWG...th=15e241b3978f63e6&siml=15da41334ddf3953&siml=15e241b3978f63e6        Page 2 of 2

**Qayyum, Murad A** 

| | |
|---|---|
| From: | Islamabad, Announcements |
| Sent: | Tuesday, May 10, 2016 10:37 AM |
| To: | Humphreys, Edith (USAID/Pak/OEM); Islamabad, All Americans; Islamabad, All FSNs; Karachi ASN-DL; Karachi FSN-DL; Lahore ASN-DL; Lahore FSN-DL; ODRP; PESHAWAR ASN; PESHAWAR FSN; Islamabad, USAID_Pakistan |
| Subject: | Staff Notice 16N/184: OIG Inspection for Mission Pakistan |



16N/184
May 10, 2016

Subject:    **OIG Inspection for Mission Pakistan**

Distribution:    **All Personnel, All Agencies – Mission Pakistan**

The Office of Inspector General (OIG) is currently inspecting Mission Pakistan, including the U.S. Embassy in Islamabad and the Consulates General in Peshawar, Lahore, and Karachi, until June 21. The inspection will only cover the Department of State, but the team will also reach out to other U.S. Government agencies at posts with significant programmatic interests in the country or mission.

While the OIG inspectors intend to individually reach out to most Department of State employees throughout the inspection, Mission Pakistan personnel can contact the OIG team at OIG-ISP-Team-Islamabad@state.gov to schedule an interview or ask a question. For more information about the inspection, please refer to the OIG Quick Facts or the Whistleblower Information on the OIG's website.

Thank you for providing the OIG the support and the information they need to facilitate a productive and beneficial visit to Pakistan.

Drafted:    MGT: LMeehling
Approved:    MGTC: VKeener

1

## Qayyum, Murad A

| | |
|---|---|
| **From:** | Piplani, Mira A (Islamabad) |
| **Sent:** | Tuesday, May 17, 2016 4:28 PM |
| **To:** | Qayyum, Murad A |
| **Cc:** | Greenwald, Michael N (Islamabad) |
| **Subject:** | FW: OIG Interview |

Murad,

I will meet with you when we visit Karachi. I will follow up when we are on the ground, but I expect it will be sometime Wednesday. Looking forward to meeting you, Mira

SBU
This email is UNCLASSIFIED.

---

**From:** Qayyum, Murad A
**Sent:** Tuesday, May 17, 2016 9:31 AM
**To:** OIG-ISP-Team-Islamabad
**Subject:** OIG Interview

OIG Team,

As per your e-message, I am requesting to schedule short interview with OIG Team here in Karachi.

Thanks!

Murad

This email is UNCLASSIFIED.

3·30·17

1

**MEMORANDUM**

March 18, 2017


TO:     US Department of State – Office of Inspector General

From:  Murad Qayyum / Complainant


Ref.:   Hardened Alternative Trailer System – HATS
        Project Location – US Consulate Karachi Pakistan

Refer to the attached DOS/DS polices worldwide and complaint dated 11/24/2016, item #2, 5 and 7.1.

The field office was not constructed as per DOS/DS/OBO design and construction guidelines (HATS). If it was not necessary to construct the field office as per HATS guidelines, why the INOX building (HATS) was dismantled in Islamabad and transported to Karachi for reconstruction? The contract cost was approximately 4-millions dollars. Why the Annex building in US Consulate Lahore was constructed incompliance with "HATS" requirements? The cost was about 2-million dollars.

The cost to construct field office was approximately $50,000.00 plus/minus (NON HATS). The new INOX building (NON-HATS) can be build in approximately one million dollars. The Annex building in Lahore can be build with quarter million dollars (NON-HATS). Potentially huge waste of US Tax Dollars could have been prevented.

The Post in Karachi was declared as High Threat and maximum danger pay of 35% was allowed. Ten plus Americans were occupying the field office six days per week and 10 hours per day. The field office was located about 350 feet away from extremely dangerous neighborhood. The lives of the Americans were placed in danger due to conflicting polices of DOS/DS/OBO and needs investigation. **<u>Who inspected and cleared that the field office comply with the HATS requirements OR the construction of the field does not required complying with the HATS requirements?</u>**

**NOTE:**
In 2013, I was not allowed to occupy the construction field office in Asuncion Paraguay until it was inspected and cleared by the RSO/DS that the construction of the field office must comply with HATS requirements.
**It was declared as Low Threat Post & danger pay was not allowed.**

<u>The conflicting polices is causing waste of huge amount of US Tax dollars.</u>

**Qayyum, Murad A**

| | |
|---|---|
| **From:** | Brda, Steven R |
| **Sent:** | Thursday, November 19, 2015 9:22 AM |
| **To:** | Hammersley, Matthew A; Foster, Stephen R |
| **Cc:** | Qayyum, Murad A; Alvi, Nisar A |
| **Subject:** | FW: ALDAC WHAT ARE "HATS," AND HOW DO I KNOW IF I NEED THEM? |

Know what HATS are?

If not, you should probably learn the term as you are working in Pakistan where HATS are currently in use at two of the four Posts (see cable below).

Steve



This email is UNCLASSIFIED.



**From:** Weber, Thomas A
**Sent:** Thursday, November 19, 2015 12:35 AM
**Subject:** FW: ALDAC WHAT ARE "HATS," AND HOW DO I KNOW IF I NEED THEM?


ALDAC cable about "HATS".


This email is UNCLASSIFIED.



**From:** SMART Core
**Sent:** Wednesday, November 18, 2015 2:09 PM
**Cc:** Franklin, Katherine; Grace, Jeffrey; Wall, David A; Cepeda, Ricarda; Larson, Matthew J; Shields, Johnny R; Marchiano, Natale J; Kerksiek, Dale A; Fiala, John G; Lovett, Sally E; Enriquez, Ellen M; Stehmer, Mark B; McKenna, Brian J; Siebert, Stephen W; Vuong, Son B; Kyriienko, Lisa; Kenneded, Heikal; Albertson, James S; Aponte-Aquino, Jose E; McGrath, Alan L; Purinton, Lucian B; DeGazon, Charles H; Gumns, James E; Pathela, Jagdish K; Elahi, Asghar M; Davis, Matthew G; Burkhead, Rick A; Zavora, Edward W; Barakat, Esber A; Cotterman, Bruce C; Best, Lawrence J; Braga, Matthew M; Edwards, Lloyd G; Fulcher, Richard K; Roper, Christopher R; Skufca, Michael J; Summers, David W; Christian, James A; Conley, Brian W; Jones, Helen V; Luck, Albert M; Olsen, Curt M; Winther, Erik A; Alexander, Yvonne M; Monasi, Manuel A; Nguyen, Khanh Q; Darvishian, Reza; Chi, Frank T; Geraghty, James J; Orr, John A; Henderson, Helen M; Rodriguez, Nelson X; Hannabass, Darren; Notice, Nathaniel F; Youmans, Bruce A; McGrath, Sheila F; Hafid, Khaled; Webster, David M; Eren, Ertan; Cooper, Uriah K; Baranets, Vadim; Dotson, Arun M; Rumpf, Eric N; Christensen, Douglas V; Eagala, Venugopal R; Anderson, Dennis S; Hardginski, Jean A; Dawson, David K; Vazquez, Jorge R; Smith, Kato D; Lien, Mary E; Morgan, Daniel J; Trauger, Mary E; Darnell, Marvin E; Gil, Edwin; Harvey, John J; Hunt, Jennifer S; Patton, Susan E; Beaugard, Christopher D; Lee, Won Y; Kinnett, Toby J; Weber, Thomas A; Wood, Peter S; Avni, Daniel G; Williams, Lindel A; Rancy, Kornell G; Koletar, John P; Browning, Robert J; Hoang, Tuan Q; Alexander, Beth; Pitts, John; Sudduth, Janelle E; Dudding, Christopher L; Adams, James M; Nabong, Arnold; Beery, Andrea J; Kyrgos, Susana; Bridges, Jarrett M; Nave, Thomas P; Lynch, Michael C; Milas, Angela; Bell, Joel W; Raley, Alexander L; Thomas, Tracy J; Wade,

John F; Bremenstul, Lew J; Fay, Patrick M; Burkholder, Lew A
**Subject:** WHAT ARE "HATS," AND HOW DO I KNOW IF I NEED THEM?

## UNCLASSIFIED



| | |
|---|---|
| **Info Office:** | EAP, EUR, FMG, FO, AF, NEA_SCA, DD, BRANCH_CHIEF, SSO_BRANCH_CHIEF, SOD_ALL_REGIONS, SSO_WHA, SOD_EAP, SOD_AF, SOD_WHA, SOD_NEA_SCA, WHA, AF_2 |
| **MRN:** | 15 STATE 130550 |
| **Date/DTG:** | Nov 18, 2015 / 181847Z NOV 15 |
| **From:** | SECSTATE WASHDC |
| **Action:** | MINSK, AMEMBASSY *IMMEDIATE*; BUJUMBURA, AMEMBASSY *IMMEDIATE*; SOMALIA, USMISSION *IMMEDIATE*; ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *IMMEDIATE* |
| **E.O.:** | 13526 |
| **TAGS:** | AMGT, ABLD, ASEC, AFIN |
| **Subject:** | WHAT ARE "HATS," AND HOW DO I KNOW IF I NEED THEM? |

1. Hardened Alternative Trailer Systems or "HATS" are transportable, prefabricated structures designed for short- to mid-term mitigation of a variety of threat scenarios.  The Bureau of Overseas Buildings Operations (OBO) and the Bureau of Diplomatic Security (DS) work in concert to review and assess potential employment of HATS, and this message therefore describes the purpose and function of HATS, the circumstances under which they may be employed, and steps necessary to initiate the installation process.

2. HATS were designed and developed by DS, in cooperation with the Army Corps of Engineers, to be an intermodal, transportable, reusable, and threat-scalable system that meets International Standards Organization (ISO) standards for shipping containers.  HATS provide multi-threat mitigation, including Forced Entry/Ballistic Resistance (FE/BR), blast, and protection from overhead/sidewall threats.  Models include housing units, safe areas, offices, kitchens/dining, laundry, medical, and communications.  They are designed to provide secure, temporary structures to posts - generally those rated "High" or "Critical" for terrorism and/or political violence - where insufficient space currently exists and/or a mission-critical need exists to maintain staffing levels in the face of an increasingly hostile environment.  HATS may also be appropriate for lower-threat posts with rapidly deteriorating security situations and a mission-critical need to maintain staffing levels.

3. HATS are not a suitable alternative for every post.  HATS should NOT be used as a substitute for rightsizing, compound security upgrades, or for

the pursuit of facilities that meet OSPB standards. Posts with an insufficient amount of at-standard office space, or non-standard facilities with high to critical threats, should first explore other options with OBO to meet space needs. Additionally, posts must consider the fact that the installation of HATS is neither rapid nor inexpensive. Previous HATS installations have revealed that the timeline for design, shipping, and site improvements (foundation, utility hookups, etc.) is lengthy and can take 12-18 months, depending on location. Based on an OBO cost analysis of HATS projects to date, costs related to the aforementioned steps are approximately $650,000 per unit. OBO is designated by Congress to oversee this program and must prioritize limited funding for these installations.

4. These are all critical pieces for posts to consider, as the lag time between requesting HATS and occupancy could pose an untenable risk for post and/or the Department. If, after weighing the above listed parameters, a post is still interested in HATS, OBO Area Management should first be contacted to discuss the components of a HATS project, as well as other potential options. If, after consultations with OBO Area Management, no acceptable alternative is found, post should convene an EAC and transmit a request for HATS via cable to OBO/AM and DS/PSP. DS and OBO will collaborate to determine if HATS are, in fact, the appropriate solution. OBO will then prioritize the request against all other worldwide facilities' requirements to determine whether, and when, it can be funded. If DS and OBO concur and determine that resources are available, the two Bureaus will then create project milestones - as well as requirements - for post to facilitate the delivery and installation of HATS.

5. In summary, HATS are but one option in a broad spectrum of possible mitigation strategies. Posts should consider all options and continue to work closely with both OBO and DS when seeking to address any potential security shortcomings.

6. Minimize considered.

| | |
|---|---|
| **Signature:** | Kerry |
| **Drafted By:** | OBO/OPS: MPHILLIPS |
| **Cleared By:** | AF/EX:ESTROMAYER EAP/EX:JBONNER EUR-IO/EX:PMURRAY |
| | NEA-SCA/EX: EALFORD WHA/EX:JHARLAN D:WFLENS |
| | D-MR:MWARD P:ELACEY M:GCAMPBELL |
| | DS/DSS:BMILLER DS/PSP/CO:CBAKKEN DS/C/PSD:GSHERMAN |
| | S/ES-O: AKIRKPATRICK |
| | WASHDC\HoltAC |
| **Approved By:** | OBO: LMUNIZ |
| **Released By:** | IRM_OPS_MSO:Holt, Angela A |
| **XMT:** | SANAA, AMEMBASSY |

3