# OBO-PD FORCED THE COMPLAINANT TO SIGN THE DOCUMENTS THAT WERE NOT AUTHORIZED IN THE CONTRACT

1. THE DOS/OBO PROJECT DIRECTOR FORCED THE COMPLAINANT TO SIGN THE DOCUMENTS (CONCRETE PRE POUR CHECK LIST). A SAMPLE IS ATTACHED AS REFERENCE FOR EVIDENCE.

2. IN THE BEGINNING THE COMPLAINANT COMPLIED WITH THE PD INSTRUCTIONS AND SIGNED THE DOCUMENTS. LATER ON THE COMPLAINNANT VERIFIED THAT THE DESIGN-BUILD CONTRACTOR CREATES THESE DOCUMENTS. UNDER THE CONTRACT TERMS & CONDITIONS DOS/OBO ONSITE STAFF SHALL NOT SIGNEDTHESE DOCUMENTS. THIS WAS CONTRACTOR'S INTERNAL DOCUMENT TO CONTROL THE QUALITY UNDER DESIGN-BUILD TYPE CONTRACTS. SIGNING THESE DOCUMENTS CREATES CONFLICIT OF INTEREST AND THE CONTRACT MIGHT USE THESE DOCUMENTS AGAINST DOS-OBO.

   THE DOS-OBO STAFF WAS RESPONSIBLE TO MAKE SURE (AS QUALITY ASSURANCE) THAT THE CONTRACTOR IS COMPLYING WITH HIS OWN MEANS & METHODS AS HE PROMISED IN HIS CONTRACT.

3. THE COMPLAINTANT DISCUSSED THE ISSUE WITH THE PD AND RECOMMENDS THAT OBO FIELD STAFF SHALL NOT SIGN THESE DOCUMENTS AND THIS ACTION MIGHT BE IN VIOLATION OF THE CONTRACT TERMS & CONDITIONS. THE OBO-PD RESISTED AND ASKED TO SIGN IT.

4. THE COMPLAINANT RAISED THE CONCERN THAT IN THE ABSENCE OF THE COMPLAINANT, THE OBO-PD SHALL SIGN THESE DOCUMENTS. THE OBO PD REFUSED TO SIGN THE DOCUMENTS. HE WAS AWARE OF THIS THAT THIS WAS ILLEGAL ACTION.

5. OBO-PD USED THIS DOCUMENT AGAINST THE COMPLAINANT AND TERMINATES HIS CONTRACT EMPLOYMENT. REFER TO THE ATTACHED DOCUMENTS WITH E-MAIL TRAIL.

6. DOS-OIG WAS SPECIFICALLY INVESTIGATING THIS ISSUE, HOWEVER, THEY ARE NOT COOPERATING & SHARING THE OUTCOMES OF THE INVESTIGATION WITH THE COMPLAINANT.

*Exhibit "D"*
*Pages "8" including this page*
*9.4.17*

## Qayyum, Murad A

| | |
|---|---|
| **From:** | Price, Stacey <SPrice@SCIRES.COM> |
| **Sent:** | Tuesday, September 06, 2016 6:08 PM |
| **To:** | Qayyum, Murad A |
| **Subject:** | RE: Rebar Inspections |

Hi Murad,

I received an email from Steve Brda on Friday that you will have completed one year this month. He has evaluated the situation regarding civil engineering, and your services are no longer needed. The Department of State contract states that these are one year contracts, and it is up to the discretion of the USG to decide if services are needed.

I received your email on Saturday.

*[handwritten note: Where is this requirement? This was not specified in Terms of Assignment. M.Q.]*

Let's set up a time to discuss details. Please provide a phone number and time to call. Do you want to finish out the month or would you like to close out your apartment and leave post? Let me know what works best for you.

Thanks,
Stacey

---

**From:** Qayyum, Murad A [http://redirect.state.sbu/?url=mailto:QayyumMA@state.gov]
**Sent:** Saturday, September 03, 2016 1:51 AM
**To:** Price, Stacey
**Subject:** FW: Rebar Inspections

Stacey,

Please review the following e-mail from OBO PD -Steve Brda and refer to the attached document "Concrete Pre Pour Inspection Check List". **This is a General Contractor's (Epik) internal document. This document is not required in OBO contract with Epik OR in OBO contract with SRC OR in SRC agreement with Murad Qayyum.** OBO on site PD/Steve Brda is constantly forcing us to sign this & similar other inspection documents and expecting from us Design and its Calculations because OBO is paying us Big Box. Contractually his approach and direction is conflicting with SRC Scope of Work under Design-Build Terms & Conditions. I do not want to speak for other SRC employees but I strongly disagree with him and refusing to sign. He is using this document against me to evaluate my performance.
If OBO/PD believes that I am not competent, unable to perform or deliver up to an expected level, OBO/PD has the rights asking for my replacement. However, he does not have the rights to create hostile working environment, harassing and humiliating third party contractors.

Also please review the other attached documents, I try to separate the work related issues from personal.

This is very unfortunate and disturbing and has reached to a point where I am requesting SRC to step in, inquire the entire situation & share with OBO for its investigation.


Best Regards;

Murad
Cell # 0320 1102137

*[handwritten signature: M Qayyum 3-30-17]*

1

This email is UNCLASSIFIED.

---

**From:** Brda, Steven R
**Sent:** Sunday, August 21, 2016 2:08 PM
**To:** Qayyum, Murad A
**Cc:** Foster, Stephen R
**Subject:** Rebar Inspections

Murad,

Please be sure to participate in ALL civil/structural field inspections. Recently, Epik missed (4) embeds in the SDA. In reviewing the rebar inspection sheets of the areas where the embeds were missed, I see only Imran's name on the inspection sheets. Therefore, I cannot determine if you took part in those inspections.

While it is not OBO's fault Epik missed the embeds, I believe the missing embeds would have been noticed by an Engineer with more OBO experience.

Let me know if you have any questions or would like to discuss further.

Thanks,

Steven Brda
OBO |PD |Karachi
Office: +92 (21) 3561-2561
Cell: +92 (320) 110-2135

This email is UNCLASSIFIED.

*Handwritten annotations:*
- He was forcing me to sign the inspection sheet.
- In my absence from site, he or Steve Foster was not signing the reports.
- Refer to attached inspection sheet item # 6 and his statement, conflicts. Reports indicate that everything is OK & OBO is accepting this by signing reports. This is not true and against the terms of Design-Build Contract.

CONFIDENTIALITY NOTICE: This email constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and its disclosure is strictly limited to the named recipient(s) intended by the sender of this message. This email, and any attachments, may contain confidential and/or proprietary information of Scientific Research Corporation. If you are not a named recipient, any copying, using, disclosing or distributing to others the information in this email and attachments is STRICTLY PROHIBITED. If you have received this email in error, please notify the sender immediately and permanently delete the email, any attachments, and all copies thereof from any drives or storage media and destroy any printouts or hard copies of the email and attachments.

EXPORT COMPLIANCE NOTICE: This email and any attachments may contain technical data subject to U.S export restrictions under the International Traffic in Arms Regulations (ITAR) or the Export Administration Regulations (EAR). Export or transfer of this technical data and/or related information to any foreign person(s) or entity(ies), either within the U.S. or outside of the U.S., may require advance export authorization by the appropriate U.S. Government agency prior to export or transfer. In addition, technical data may not be exported or transferred to certain countries or specified designated nationals identified by U.S. embargo controls without prior export authorization. By accepting this email and any attachments, all recipients confirm that they understand and will comply with all applicable ITAR, EAR and embargo compliance requirements.

*Handwritten annotation:*
- This effort to sign the inspection sheet was against the interest of U.S. Govnt. This document belongs to contractor and was illegal to sign it, & he was aware of this. He was trying to trap me & build the case against me.

*Signature* 3-30-17

2

Gmail - Automatic reply: EEO Assistance    Case 8:17-cv-00780-FLW-LHG   Document 1-5   Filed 09/05/17   Page 4 of 8 PageID: 36    3/26/17, 11:18 AM

Case No. DOS-0025-17
Page No. 40 of 44



Murad Qayyum <muradqq@gmail.com>

## Automatic reply: EEO Assistance
1 message

**Hussain-Morgan, Sharlina** <HussainS@state.gov>          Fri, Oct 7, 2016 at 11:32 AM
To: Murad Qayyum <muradqq@gmail.com>

I am out of the office and the Consulate is closed Monday October 10 - Wednesday September 12 in honor of Columbus Day & Muharram. If you need urgent assistance on press matters, please contact AD Tranchina (TranchinaAM@state.gov). Otherwise I will respond to your message when I am back in the office Friday October 14.

*[signature]* 3-30-17

# CONCRETE PRE POUR INSPECTION CHECKLIST

| | | | |
|---|---|---|---|
| Project | Karachi - Additional Housing, MSGR Expansion & Interim NOX | Report No | |
| Client | Overseas Buildings Operations | Drawing No | Rev. |
| Contractor | Epik International Inc. | Area / Unit | SDA L-2/L-3 Shear Wall |
| Contract No | SAQMMA-14-C-0163 | Item Name / Item No / Description | L-2: 2.3(A-B), B(2-2.3) |
| Date | Aug 09, 2016 | Employer Name | L-3: 1(C-D), C,D(1-2) |

| No. | Item Description | EPIK | OBO |
|---|---|---|---|
| 1 | Check existing concrete surface properly chipped and without defect - concrete pouring place is clean and construction joints are adequately prepared | ✓ | |
| 2 | Check that formwork installation is proper and release agent applied properly | ✓ | |
| 3 | Checks that rebar free from rust, damage and installed as per IFC drawings check embedded items are compliant. | ✓ | |
| 4 | Check that reinforcement bars are the correct size and spaced as per drawing | ✓ | |
| 5 | Check adequacy of concrete cover | ✓ | |
| 6 | Check that embedded items are placed as per the construction drawings. | ✓ | |
| 7 | Check that earthing has been done, inspected and documented, properly. | | |
| 8 | Confirm all mechanical pipes, sleeves and electrical conduits and sleeves have been placed as per document drawing. | ✓ | |
| 9 | Confirm Survey Reports for formwork, anchor bolts, embeds and (if applicable) has reported and attached: | ✓ | |
| 10 | Concrete pouring and compaction equipment are ready to pour. | ✓ | |

**Remarks / Comments:**

| EPIK | OBO |
|---|---|
| Name, Surname: Hasan Dag<br>Date: | Name, Surname: Duran<br>Date: 08/17/2016 |
| Name, Surname: Turgut Keten / Ahmet sahin<br>Date: | Name, Surname:<br>Date: |
| Name, Surname: Said Ozkan Aktug<br>Date: | Name, Surname:<br>Date: |
| Name, Surname: Ibrahim Kilinc<br>Date: 08/10/2016 | Name, Surname:<br>Date: |
| Name, Surname: Cafer Akpulat<br>Date: | Name, Surname:<br>Date: |

3-30-17

**epik**  *Epik Holding Inc.*
*Quality Management System*

## CONCRETE PRE POUR INSPECTION CHECKLIST

| Project | Karachi - Additional Housing, MSGR Expansion & Interim NOX | Report No | | |
|---|---|---|---|---|
| Client | Overseas Buildings Operations | Drawing No | | Rev. |
| Contractor | Epik International Inc. | Area / Unit | SDA Building | |
| Contract No | SAQMMA-14-C-0163 | Item Name / Item No / Description | SDA 2nd floor shear wall on grid D.9(9-9.7) | |
| Date | May 26, 2016 | Employer Name | | |

| No. | Item Description | EPIK | OBO |
|---|---|---|---|
| 1 | Check existing concrete surface properly chipped and without defect - concrete pouring place is clean and construction joints are adequately prepared | ✓ | |
| 2 | Check that formwork installation is proper and release agent applied properly | ✓ | |
| 3 | Checks that rebar free from rust, damage and installed as per IFC drawings check embedded items are compliant. | ✓ | |
| 4 | Check that reinforcement bars are the correct size and spaced as per drawing | ✓ | |
| 5 | Check adequacy of concrete cover | ✓ | |
| 6 | Check that embedded items are placed as per the construction drawings. | ✓ | |
| 7 | Check that earthing has been done, inspected and documented, properly. | | |
| 8 | Confirm all mechanical pipes, sleeves and electrical conduits and sleeves have been placed as per document drawing. | | |
| 9 | Confirm Survey Reports for formwork, anchor bolts, embeds and (if applicable) has reported and attached: | ✓ | |
| 10 | Concrete pouring and compaction equipment are ready to pour. | ✓ | |

Remarks / Comments: There is no mechanical penetration.

| EPIK | OBO |
|---|---|
| Name, Surname: Hasan Dag<br>Date: May 26, 2016 | Name, Surname: IM -(OBO-CIVIL)<br>Date: May 26, 2016 |
| Name, Surname: Kemal Ucurum / Ahmet Sahin<br>Date: May 26, 2016 | Name, Surname:<br>Date: |
| Name, Surname: Ferhat / Said Ozkan<br>Date: May 26, 2016 | Name, Surname:<br>Date: |
| Name, Surname: Ibrahim Kilinc<br>Date: May 26, 2016 | Name, Surname:<br>Date: |
| Name, Surname: Cafer Akpulat<br>Date: May 26, 2016 | Name, Surname:<br>Date: |

**epik**

Epik Holding Inc.
Quality Management System

# CONCRETE PRE POUR INSPECTION CHECKLIST

| | | | |
|---|---|---|---|
| Project | Karachi - Additional Housing, MSGR Expansion & Interim NOX | Report No | |
| Client | Overseas Buildings Operations | Drawing No | Rev. |
| Contractor | Epik International Inc. | Area / Unit | SDA Building |
| Contract No | SAQMMA-14-C-0163 | Item Name / Item No / Description | 3rd Floor Slab part-3, L-2/8.9 L-3/C(6.5-7.5), D.9(9-9.7) (2-3) |
| Date | July 14, 2016 | Employer Name | F.4(6-6.5) |

| No. | Item Description | EPIK | OBO |
|---|---|---|---|
| 1 | Check existing concrete surface properly chipped and without defect - concrete pouring place is clean and construction joints are adequately prepared | ✓ | |
| 2 | Check that formwork installation is proper and release agent applied properly | ✓ | |
| 3 | Checks that rebar free from rust, damage and installed as per IFC drawings check embedded items are compliant. | ✓ | |
| 4 | Check that reinforcement bars are the correct size and spaced as per drawing | ✓ | |
| 5 | Check adequacy of concrete cover | ✓ | |
| 6 | Check that embedded items are placed as per the construction drawings. | ✓ | |
| 7 | Check that earthing has been done, inspected and documented, properly. | | |
| 8 | Confirm all mechanical pipes, sleeves and electrical conduits and sleeves have been placed as per document drawing. | ✓ | |
| 9 | Confirm Survey Reports for formwork, anchor bolts, embeds and (if applicable) has reported and attached: | ✓ | |
| 10 | Concrete pouring and compaction equipment are ready to pour. | ✓ | |

Remarks / Comments:

**EPIK**

Name, Surname: Hasan Dag
Date:

Name, Surname: Turgut Keten / Ahmet sahin
Date:

Name, Surname: Said Ozkan Aktug
Date:

Name, Surname: Ibrahim Kilinc
Date:

Name, Surname: Cafer Akpulat
Date:

**OBO**

Name, Surname:
Date:

Name, Surname: Imran
Date: 08/03/2016

Name, Surname:
Date:

Name, Surname:
Date:

Name, Surname:
Date:

**epik**

Epik Holding Inc.
Quality Management System

## CONCRETE PRE POUR INSPECTION CHECKLIST

| | | | |
|---|---|---|---|
| Project | Karachi - Additional Housing, MSGR Expansion & Interim NOX | Report No | |
| Client | Overseas Buildings Operations | Drawing No | Rev. |
| Contractor | Epik International Inc. | Area / Unit | SDA |
| Contract No | SAQMMA-14-C-0163 | Item Name / Item No / Description | 3rd Floor Slab pent-2 and level-2 shear wall 2 (C-D.2) |
| Date | June 22, 2016 | Employer Name | |

| No. | Item Description | EPIK | OBO |
|---|---|---|---|
| 1 | Check existing concrete surface properly chipped and without defect - concrete pouring place is clean and construction joints are adequately prepared | ✓ | |
| 2 | Check that formwork installation is proper and release agent applied properly | ✓ | |
| 3 | Checks that rebar free from rust, damage and installed as per IFC drawings check embedded items are compliant. | ✓ | |
| 4 | Check that reinforcement bars are the correct size and spaced as per drawing | ✓ | |
| 5 | Check adequacy of concrete cover | ✓ | |
| 6 | Check that embedded items are placed as per the construction drawings. | ✓ | |
| 7 | Check that earthing has been done, inspected and documented, properly. | | |
| 8 | Confirm all mechanical pipes, sleeves and electrical conduits and sleeves have been placed as per document drawing. | ✓ | |
| 9 | Confirm Survey Reports for formwork, anchor bolts, embeds and (if applicable) has reported and attached: | ✓ | |
| 10 | Concrete pouring and compaction equipment are ready to pour. | ✓ | |

Remarks / Comments:

### EPIK

Name, Surname: Hasan Dag
Date: 6/22-16

Name, Surname: Turgut Keten / Ahmet sahin
Date: 6/22-16

Name, Surname: Said Ozkan Aktug
Date: 6/22-16

Name, Surname: Ibrahim Kilinc
Date: 6/22-16

Name, Surname: Cafer Akpulat
Date: 6/22-16

### OBO

Name, Surname:
Date:

Name, Surname:
Date:

Name, Surname:
Date:

Name, Surname:
Date:

Name, Surname:
Date: